# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN, BANKRUPTCY DIVISION

| | |
|---|---|
| **In re:**<br><br>**INNOVATIVE COMMUNICATION CORPORATION**<br><br>**DEBTOR.** | **Chapter 11**<br><br>**Case No. 07-30012 (JKF)** |
| **STAN SPRINGEL, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF INNOVATIVE COMMUNICATION CORPORATION,**<br><br>    **PLAINTIFF,**<br><br>**V.**<br><br>**CITYPLACE RESIDENTIAL, LLC,**<br><br>    **DEFENDANT** | **Adv. Proc. No. 09-3086**<br><br>**Regarding Docket Nos. 1 & 2** |

## CERTIFICATE OF SERVICE OF
## ORIGINAL COMPLAINT TO RECOVER PRE-PETITION FRAUDULENT TRANSFERS AND PREFERENTIAL TRANSFERS, SUMMONS AND NOTICE OF PRETRIAL CONFERENCE, AND FIRST PRETRIAL ORDER (BANKRUPTCY RULE 7016)

    I certify under penalty of perjury that on October 2, 2009, the above-captioned pleadings were served via United States Certified Mail, Return Receipt Requested and via First Class United States Mail, postage prepaid, on the Defendant at the following address:

Cityplace Residential, LLC
c/o Corporate Creations Network, Inc.
Registered Agent
11380 Prosperity Farms Road, #221E
Palm Beach Gardens FL  33410

DATED: October 2, 2009

                           By:___*/s/ Michaela C. Crocker*____
                           Daniel C. Stewart, SBT #19206500
                           James J. Lee, SBT #12074550
                           Michaela C. Crocker #24031985
                           **VINSON & ELKINS L.L.P.**
                           Trammell Crow Center
                           2001 Ross Avenue, Suite 3700
                           Dallas, Texas 75201
                           Tel: 214.220.7700
                           Fax: 214.220.7716

                           **COUNSEL FOR STAN SPRINGEL, CHAPTER 11 TRUSTEE**

                           - and –

                           Benjamin A. Currence, Esq.
                           **LAW OFFICES OF BENJAMIN A. CURRENCE**
                           5045 Norre Gade, Ste. 2
                           P.O. Box 6143
                           St. Thomas, VI 00804-6143
                           Tel: (340) 775-3434
                           Fax: (340) 774-1001

                           **LOCAL COUNSEL FOR STAN SPRINGEL, CHAPTER 11 TRUSTEE**